No. 50. TERRITORY OF HAWAII, BY C. S. HOLLOWAY, SUPERINTENDENT OF PUBLIC·WORKS, v. E. J. COTTON, C. E. COTTON AND JAMES B. AGASSIZ, PARTNERS UNDER THE NAME OF COTTON BROS. & CO. Error to circuit court, first circuit. Petition filed March 23, 1906, for rehearing of defendants' motion to quash the writ. (For decision on motion, see ante, p. 445.) Decided April 11, 1906. *Per curiam.* The petition is denied. *Kinney, McClanahan & Cooper* for petitioner.

No. 70. JAMES L. HOLT, TAX ASSESSOR, PLAINTIFF, v. A. TULLETT, DEFENDANT, I. I. S. N. CO., LTD., GARNISHEE. Appeal from district court, Honolulu. Petition for rehearing. Submitted April 7, 1906. Decided April 11, 1906. *Per curiam.* The petition is denied. *M. F. Prosser, Deputy Attorney General,* for petitioner.